DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLISON WITLOW,**
Appellant,

v.

**THE GAINES LAW FIRM,** et al.,
Appellee.

No. 4D2025-0053

[February 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. 062022CP002458A001CE.

Allison Witlow, New York, NY, pro se.

Richard H. Gaines of The Gaines Law Firm, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

*       *       *

***Not final until disposition of timely-filed motion for rehearing.***